UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN MICHAEL LANGSTON, | No. 2:12-cv-2703 MCE GGH P |
| Petitioner, | |
| v. | ORDER |
| RON BARNES, | |
| Respondent. | |

On December 19, 2013, this court issued findings and recommendations which recommended that respondent's motion to dismiss be granted and the petition be dismissed as time barred. On December 18, 2013, unknown to the court until after the order was filed, petitioner filed a motion to stay the proceedings pending limited discovery and/or expansion of the record. (ECF No. 33.) On January 9, 2014, petitioner filed a motion to conduct limited discovery and/or expansion of the record, and to file a sur-reply to respondent's reply to the motion to dismiss. (ECF No. 35.)

Based on a review of these filings, the court has determined that neither a stay nor limited discovery is warranted. Petitioner has added nothing new to his opposition to the motion to dismiss which would warrant further development of the record.

Petitioner has also requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d

453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require."  See Rule 8(c), Fed. R. Governing § 2254 Cases.  In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

Accordingly, IT IS HEREBY ORDERED that:

1.  Petitioner's motion to stay proceedings, filed December 18, 2013 (ECF No. 33), is denied;

2.  Petitioner's motion for limited discovery and/or expansion of the record (ECF No. 35), is denied; and

3.  Petitioner's January 2, 2014 motion for appointment of counsel (ECF No. 34) is denied without prejudice.

Dated: January 21, 2014

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:076/mp; lang2703.110